NUMBERS 13-09-00412-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

UVALDO CANTU, JR. AND RUBEN M. TORRES, JR., Appellants,


v.



FROST NATIONAL BANK, Appellee. 

_____________________________________________________________


On appeal from the 404th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam


 Appellants, Uvaldo Cantu, Jr. and Ruben Torres, Jr., perfected an appeal from a
judgment entered by the 404th District Court of Cameron County, Texas, in cause number
2007-07-3680-G (Ed Carey Development, L.P., et. al. v. Frost National Bank appellate
cause number 13-09-00081-CV). This cause is presently before the Court on an
unopposed motion to partially dismiss the appeal filed by appellants, Uvaldo Cantu, Jr. and
Ruben M. Torres, Jr. Appellants, Uvaldo Cantu, Jr. and Ruben M. Torres, Jr., request that
this Court dismiss their appeal because they have settled their portion of the case and no
longer wish to pursue the appeal. 

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 
In accordance with the agreement of the parties, costs are taxed against the party incurring
same. See Tex. R. App. P. 42.1(d). Having dismissed the appeal at appellants' request,
no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this 6th day of August, 2009.